LAW OFFICES
## WILLIAMS & CONNOLLY LLP®

DANE H. BUTSWINKAS
(202) 434-5110
dbutswinkas@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 19, 2024

**Via ECF**

The Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>SEC v. Nader Al-Naji, et al., No. 24-cv-05738 (AS)</u>

Dear Judge Subramanian:

    I represent Defendant Nader Al-Naji in the above-captioned matter, in which I will serve as lead trial counsel for Defendant. Pursuant to Rule 3.E of Your Individual Practices in Civil Cases, I write to request an extension of time for Defendant Nader Al-Naji to answer or move to dismiss the Complaint. The current deadline is August 27, 2024, and we seek an extension to October 7, 2024. Plaintiff's counsel consents to this request, which is made to align the timeline to answer to the 60-day period permitted by Federal Rule of Civil Procedure 4 when service is waived. Waiver of service was neither sought nor provided in this matter only because Defendant Nader Al-Naji was previously without counsel, and only recently retained Williams & Connolly LLP to represent him in this matter. This is the first request for an extension. The Court has scheduled an initial pretrial conference on October 30, 2024, which we do not believe the requested extension requires changing.

                      Sincerely,

                      */s/ Dane H. Butswinkas*

                      Dane H. Butswinkas

cc:    All counsel of record (via ECF)