LAW OFFICES
# WILLIAMS & CONNOLLY LLP

DANE H. BUTSWINKAS
(202) 434-5110
dbutswinkas@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 13, 2024

**Via ECF**

The Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>SEC v. Nader Al-Naji, et al., No. 24-cv-05738 (AS)</u>

Dear Judge Subramanian:

    I represent Defendant Nader Al-Naji in the above-captioned matter. Pursuant to Rule 3.E of Your Individual Practices in Civil Cases, I write to request an extension of the deadline for all defendants to answer or move against the Complaint. The current deadline is December 6, 2024, and we seek an extension to February 4, 2025. We have conferred with Plaintiff, who does not oppose this motion. This is the third request for an extension. Our discussions with the United States Attorney's Office for the Southern District of New York remain ongoing. Therefore, as before, we request this extension in the interests of judicial economy. We correspondingly propose adjourning the initial conference—which the Court reset for December 9, 2024—to some time after February 4, 2025, on a date and time set at the Court's discretion.

    Sincerely,

    /s/
    _____

    Dane H. Butswinkas

cc:    All counsel of record (via ECF)