LAW OFFICES
# WILLIAMS & CONNOLLY LLP

LANCE A. WADE
(202) 434-5755
lwade@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 17, 2025

**Via ECF**

The Honorable Jeannette A. Vargas
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>SEC v. Nader Al-Naji, et al., No. 24-cv-05738 (JAV)</u>

Dear Judge Vargas:

    I represent Defendant Nader Al-Naji in the above-captioned matter. Pursuant to Rule 3.E of Your Individual Rules and Practices in Civil Cases, I write to request an extension of the deadline for all defendants to answer or move against the Complaint. The current deadline is February 4, 2025, and we seek an extension to April 7, 2025. We have conferred with Plaintiff, who does not oppose this motion. This is the fourth request for an extension. Each prior request was granted. Our discussions with the United States Attorney's Office for the Southern District of New York remain ongoing. Therefore, as before, we request this extension in the interests of judicial economy. We correspondingly propose adjourning the initial conference—which the Court reset for February 5, 2025—to some time after April 7, 2025, on a date and time set at the Court's discretion.

    Sincerely,

    /s/
    _____

    Lance A. Wade

cc:    All counsel of record (via ECF)