

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

<u>Via ECF</u>  September 5, 2025

The Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *SEC v. Al-Naji., et al.*, 24-cv-05738-JAV

Dear Judge Vargas:

      The parties in this case, Plaintiff Securities and Exchange Commission ("Commission"), and Defendant Nader Al-Naji and Relief Defendants Buse Desticioğlu Al-Naji, Joumana Bahouth Al-Naji, Intangible Holdings, LLC, Firestorm Media, LLC, Viridian City, LLC, and DeSo Foundation, have reached a resolution in principle that would completely resolve this litigation, subject to review and approval by the Commission. To allow the parties time to finalize the paperwork for the resolution, and for the Commission to then consider and determine whether to approve it, the parties jointly request that: (1) all pending dates in this litigation be indefinitely stayed, (2) the pretrial conference scheduled for September 12, 2025 be indefinitely postponed, and (3) if the parties have not filed the paperwork reflecting the resolution with the Court by November 4, 2025, the parties file a joint status report on that date updating the Court on the finalization of the resolution and proposed future deadlines.

Respectfully submitted,

/s/ Christopher J. Carney
Christopher J. Carney
Geoffrey Gettinger
**U.S. Securities and Exchange Commission**
100 F Street, N.E.
Washington, D.C. 20549
202-551-2379 (Carney)
CarneyC@sec.gov
*Counsel for Plaintiff*

/s/ Lance A. Wade[1]
Lance A. Wade (*pro hac vice*)
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202) 434-5755
lwade@wc.com
*Counsel for Defendant Al-Naji*

---

[1] This electronic signature is used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.