

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

Via ECF                                                                                           September 5, 2025

The Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  *SEC v. Al-Naji., et al.*, 24-cv-05738-JAV

Dear Judge Vargas:

The parties in this case, Plaintiff Securities and Exchange Commission ("Commission"), and Defendant Nader Al-Naji and Relief Defendants Buse Desticioğlu Al-Naji, Joumana Bahouth Al-Naji, Intangible Holdings, LLC, Firestorm Media, LLC, Viridian City, LLC, and DeSo Foundation, have reached a resolution in principle that would completely resolve this litigation, subject to review and approval by the Commission. To allow the parties time to finalize the paperwork for the resolution, and for the Commission to then consider and determine whether to approve it, the parties jointly request that: (1) all pending dates in this litigation be indefinitely stayed, (2) the pretrial conference scheduled for September 12, 2025 be indefinitely postponed, and (3) if the parties have not filed the paperwork reflecting the resolution with the Court by November 4, 2025, the parties file a joint status report on that date updating the Court on the finalization of the resolution and proposed future deadlines.

Respectfully submitted,

 /s/ Christopher J. Carney                                              /s/ Lance A. Wade[1]
Christopher J. Carney                                                    Lance A. Wade (*pro hac vice*)
Geoffrey Gettinger                                                         Williams & Connolly LLP
**U.S. Securities and Exchange Commission**       680 Maine Avenue, SW
100 F Street, N.E.                                                             Washington, DC 20024
Washington, D.C. 20549                                              Tel: (202) 434-5755
202-551-2379 (Carney)                                                lwade@wc.com
CarneyC@sec.gov                                                        *Counsel for Defendant Al-Naji*
*Counsel for Plaintiff*

---

[1] This electronic signature is used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

In light of the Parties' representation that they have reached a resolution in principle, subject to Government approval, all pending deadlines in this litigation are **STAYED**. The Initial Pretrial Conference previously scheduled for September 12, 2025, is adjourned *sine die*. The Parties are **ORDERED** to submit a joint status report by **November 4, 2025**, updating the Court on the finalization of the resolution. The Clerk of Court is directed to terminate ECF No. 52.

SO ORDERED.
DATED: 9/9/2025

*Jeannette Vargas*
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE