

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

Via ECF                                                                                          October 27, 2025

The Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:  *SEC v. Al-Naji., et al.*, 24-cv-05738-JAV

Dear Judge Vargas:

     Due to a lapse in federal government appropriations, Plaintiff Securities and Exchange Commission ("Commission") moves for an extension of the Court's November 4, 2025 deadline to file either the paperwork reflecting the resolution in principle the parties have reached or a status report updating the Court on those efforts (Sept. 9, 2025 Memo Endorsed Order) (ECF No. 53). The undersigned has conferred with counsel for Defendant Nader Al-Naji, who has stated that Defendant does not oppose this request. On October 1, 2025, most Commission personnel were furloughed (with limited exceptions) and are prohibited from working. Commission personnel involved in this matter are furloughed. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342. Accordingly, we respectfully request that the Court adjourn the current deadline for filing either paperwork reflecting the resolution of this matter or a status report updating the Court on the finalization of the resolution until 60 days after the lapse in appropriations ends. As previously described, the resolution in principle is subject to Commission approval, and the additional requested time is necessary to complete the required internal review and approval process.

Respectfully submitted,

The motion for a stay is GRANTED.  The Clerk of the Court is directed to stay this matter and terminate ECF No. 54.

SO ORDERED.

Dated: October 30, 2025

/s/ Jeannette Vargas
JEANNETTE A. VARGAS
U.S. DISTRICT JUDGE

/s/ Christopher J. Carney
Christopher J. Carney
**U.S. Securities and Exchange Commission**
100 F Street, N.E.
Washington, D.C. 20549
202-551-2379 (Carney)
CarneyC@sec.gov
*Counsel for Plaintiff*