

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

<u>Via ECF</u>                                                                                                February 11, 2026

The Honorable Jeannette A. Vargas
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:  *SEC v. Al-Naji., et al.*, 24-cv-05738-JAV

Dear Judge Vargas:

  Plaintiff Securities and Exchange Commission ("Commission") moves for an extension of 30 days, until March 13, 2026 to file either the paperwork reflecting the resolution in principle the parties have reached or a status report updating the Court on those efforts (Sept. 9, 2025 Memo Endorsed Order) (ECF No. 53). The undersigned has conferred with counsel for Defendant Nader Al-Naji, who has stated that this is the final motion for an extension to which he will consent. If the paperwork reflecting the resolution in principle is not approved by the Commission within the forthcoming 30-day period, Mr. Al-Naji will move the Court for an order dismissing the action with prejudice.

  On October 30, 2025, the Court entered an order (ECF No. 55) granting the Commission's request to extend, to 60 days after the lapse in federal government appropriations ended, the deadline for filing either the paperwork reflecting the resolution in principle the parties have reached or a status report updating the Court on those efforts. On January 11, 2026 the Court granted the SEC an additional 30 days, until February 11, 2026, to file either the paperwork reflecting the resolution in principle the parties have reached or a status report updating the Court on those efforts.

  As previously described, the resolution in principle is subject to Commission approval and we are still engaged in the internal review and approval process, and are working diligently to complete it within the requested 30-day period.

Feb. 11, 2026
The Honorable Jeannette A. Vargas
Page 2

      Accordingly, the Commission respectfully requests that the parties be given until March 13, 2026 to file either the paperwork reflecting the resolution in principle the parties have reached or a status report updating the Court on those efforts.

      Respectfully submitted,

      /s/ Christopher J. Carney
Christopher J. Carney
**U.S. Securities and Exchange Commission**
100 F Street, N.E.
Washington, D.C. 20549
202-551-2379 (Carney)
CarneyC@sec.gov
*Counsel for Plaintiff*