UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NADER AL-NAJI,<br><br>Defendant,<br><br>and<br><br>BUSE DESTICIOĞLU AL-NAJI, JOUMANA BAHOUTH AL-NAJI, INTANGIBLE HOLDINGS, LLC, FIRESTORM MEDIA, LLC, VIRIDIAN CITY, LLC, and DESO FOUNDATION,<br><br>Relief Defendants. | Case No. 24 Civ. 5738<br><br>ECF Case |

## JOINT STIPULATION TO DISMISS, AND RELEASES

Plaintiff Securities and Exchange Commission (the "Commission" or the "SEC") and

Nader Al-Naji ("Al-Naji" or "Defendant") and Buse Desticioğlu Al-Naji, Joumana Bahouth Al-

Naji, Intangible Holdings, LLC, Firestorm Media, LLC, Viridian City, LLC, and DeSo

Foundation (collectively, "Relief Defendants") respectfully submit this joint stipulation.

**WHEREAS,** the Commission filed its complaint in this civil enforcement action (the

"Litigation") on July 30, 2024.

**WHEREAS,** on January 21, 2025, the Commission's then Acting Chairman Mark T.

Uyeda launched a crypto task force dedicated to helping the Commission develop a regulatory

framework for crypto assets.

**WHEREAS,** based on the foregoing, the particular facts and circumstances of this case, a reassessment of the evidentiary record relevant to certain of the Commission's claims, and in the exercise of its discretion, the Commission believes dismissal of the claims against Defendant and Relief Defendants is appropriate.

**WHEREAS,** the Commission's decision to seek dismissal of this Litigation does not necessarily reflect the Commission's position on any other case.

**WHEREAS,** by this stipulation, the Commission and Defendant and Relief Defendants agree to have this Litigation dismissed.

**NOW, THEREFORE,**

1.      Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Commission and Defendant and Relief Defendants stipulate that this Litigation be dismissed with prejudice as to the conduct alleged in the Complaint through the date of the filing of this Stipulation, and without costs or fees to either party.

2.      Defendant and Relief Defendants, for themselves and any of their agents, attorneys, employees, or representatives, hereby waive and release:

    a.  Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendant[s] that in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

    b.  Any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the Commission and its present and former officers or employees that arise from or in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

3.      Each of the undersigned represents that they have the authority to execute this

stipulation on behalf of the party so indicated.

STIPULATED AND AGREED:

Margaret A. Ryan
Director, Division of Enforcement
Securities and Exchange Commission
100 F Street NE
Washington DC 20549


Dated: March 12 2026

Lance A. Wade
Lance A. Wade (pro hac vice)
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202) 434-5755
lwade@wc.com


Counsel for Defendant Al-Naji


Dated: March 4 , 2026


Adam Patrick Snyder
Umhofer, Mitchell & King LLP
767 S. Alameda St.
Suite 270
Los Angeles, CA 90021
Tel: (213)-394-7979
adam@umklaw.com


Counsel for Relief Defendants


Dated: March _____ , 2026

3.    Each of the undersigned represents that they have the authority to execute this

stipulation on behalf of the party so indicated.

STIPULATED AND AGREED:


---

Margaret A. Ryan
Director, Division of Enforcement
Securities and Exchange Commission
100 F Street NE
Washington DC 20549


Dated: March __, 2026

---

Lance A. Wade
Lance A. Wade (pro hac vice)
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, DC 20024
Tel: (202) 434-5755
lwade@wc.com


Counsel for Defendant Al-Naji


Dated: March ____, 2026

---

Matthew Donald Umhofer
Umhofer, Mitchell & King LLP
767 S. Alameda St.
Suite 270
Los Angeles, CA 90021
Tel: (213)-394-7979
adam@umklaw.com


Counsel for Relief Defendants


Dated: March __4__, 2026